

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00062-CV

**IN THE MATTER OF J. M. E.,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017JV3000176L2
Honorable Victor Villarreal, Judge Presiding

# O R D E R

After we granted the State's first motion for an extension of time to file the brief, the State's brief was due on June 10, 2019. *See* TEX. R. APP. P. 38.6(b), (d). Before the extended due date, the State filed an unopposed second motion requesting a sixty-day extension of time to file the brief until August 9, 2019. *See id.* R. 10.5(b).

The State's motion is GRANTED. Its brief is due on August 9, 2019. Any further motion for an extension of time to file the State's brief is discouraged.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court